NUMBER 13-08-00270-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

CLIFF AND LETICIA McKELVY, Appellants,


v.



STATE FARM LLOYDS, 

KINGDOM ASSOCIATES, INC., 

D/B/A SERVICEMASTER BAY AREA , 

AND ROBERT LLORENTE, Appellees.

_____________________________________________________________


On Appeal from the 23rd District Court 


of Matagorda County, Texas.


______________________________________________________________


MEMORANDUM OPINION



 Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellants, Cliff and Leticia McKelvy, perfected an appeal from summary judgments
rendered against them in favor of appellees, State Farm Lloyds and Kingdom Associates,
Inc., d/b/a Servicemaster Bay Area and Robert Llorente. On August 12, 2008, the Clerk
of this Court notified appellant that the clerk's record in the above cause was originally due
on May 30, 2008, and that the district clerk, Becky Denn, had notified this Court that
appellant failed to make arrangements for payment of the clerk's record. The Clerk of this
Court notified appellants of this defect so that steps could be taken to correct the defect,
if it could be done. See Tex. R. App. P. 37.3, 42.3(b),(c). Appellants were advised that,
if the defect was not corrected within ten days from the date of receipt of this notice, the
appeal would be dismissed for want of prosecution. Appellants failed to respond to the
Court's notice. State Farm Lloyds has now filed a motion to dismiss this appeal for want
of prosecution. 

 The Court, having considered the documents on file and State Farm Lloyd's motion
to dismiss, is of the opinion that the motion should be granted. See id. 37.3, 42.3(b),(c). 
Accordingly, the motion to dismiss is GRANTED and the appeal is DISMISSED FOR
WANT OF PROSECUTION. 

 PER CURIAM

Memorandum Opinion delivered and

filed this the 6th day of November, 2008.